**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:
COMER, JACQUELINE

Debtor(s)

CHAPTER 7 CASE

CASE NO. 07B-02599 JS

JUDGE JOHN SQUIRES

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.    DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 02/14/07. The Trustee was appointed on 02/14/07. An order for relief under Chapter 7 was entered on 02/14/07.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of 10/30/08 is as follows:

|   |   |   |
|---|---|---|
| a. RECEIPTS (See Exhibit C) | $ | 15,041.80 |
| b. DISBURSEMENTS (See Exhibit C) | $ | 757.76 |
| c. NET CASH available for distribution | $ | 14,284.04 |
| d. TRUSTEE/PROFESSIONAL COSTS<br>1. Trustee compensation requested (See Exhibit E) | $ | 2,254.18 |

| | | |
|---|---|---|
| 2. Trustee Expenses (See Exhibit E) | $ | 100.00 |
| 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 4,495.86 |

5.    The Bar Date for filing unsecured claims expired on <u>12/17/07</u>.   6.       All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 6,850.04 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 0.00 |
| e. Allowed unsecured claims | $ | 26,045.78 |

7.    Trustee proposes that unsecured creditors receive a distribution of 28.54% of allowed claims.

8.    Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00.  Professional's compensation and expense requested but not yet allowed is $4,495.85.  The total of Chapter 7 professional fees and expenses requested for final allowance is $6,850.04. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.    A fee of $500.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:   10/30/08                              RESPECTFULLY SUBMITTED,


By: /s/David Grochocinski
      DAVID GROCHOCINSKI, TRUSTEE
      1900 RAVINIA PLACE
      ORLAND PARK, IL  60462
      Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462


Invoice submitted to:
Comer, Jacqueline, et al.


October 30, 2008


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **General administration** | | | |
| 3/1/2007 DEG | Review of petition in advance of 341 meeting<br>General administration | 0.80<br>375.00/hr | 300.00 |
| 4/23/2007 DEG | Telephone conference with Barbara Wilke regarding motions to employ in<br>Comer, requests we prepare a proposal regarding equity in property<br>General administration | 0.40<br>350.00/hr | 140.00 |
| 4/24/2007 DEG | Prepared estimate of net to estate from sale and email to Wilke<br>General administration | 0.80<br>350.00/hr | 280.00 |
| 4/30/2007 DEG | Correspondence with attorney regarding offer on purchase of interest in<br>real estate; approved at $15,000 subject to court approval<br>General administration | 0.80<br>350.00/hr | 280.00 |
| 5/1/2007 DEG | Confirming email to attorney<br>General administration | 0.20<br>350.00/hr | 70.00 |
| 5/8/2007 DEG | Open account and prepare W-9<br>General administration | 0.50<br>350.00/hr | 175.00 |
| 9/14/2007 DEG | Prepared initial report of assets; filed with court<br>General administration | 0.20<br>375.00/hr | 75.00 |
| 12/20/2007 DEG | Review of claim docket<br>General administration | 0.80<br>375.00/hr | 300.00 |
| 8/15/2008 DEG | Letter and documents to accountant<br>General administration | 0.80<br>375.00/hr | 300.00 |
| 10/27/2008 DEG | Prepared final report<br>General administration | 3.50<br>375.00/hr | 1,312.50 |
| SUBTOTAL: | | [    8.80 | 3,232.50] |



Comer, Jacqueline, et al.                                              Page      2

|                                     | Hours  | Amount     |
|-------------------------------------|--------|------------|
| For professional services rendered  | 8.80   | $3,232.50  |

## ADDENDUM TO TRUSTEE FEE APPLICATION

This matter concerned the liquidation of debtor's real property interest. After review of the property by the Trustee's broker and discoveries concerning the value and condition, the Trustee sought to employ the broker. The attempt to liquidate the property resulted in the debtor's request to pay the net equity in the property to the estate.

The Trustee negotiated the sale with the debtor's attorney, calculated the net equity based on assumption of relevant expenses and then arrived at an acceptable monthly payment over time to effectuate a 28% distribution to creditors.

Consider the worsening housing market and the possibility of maintaining the home in the winter months, the Trustee was able to liquidate the asset for the resultant distribution.

Trustee's time exceeded the maximum commission if the same were billed under a lodestar method so that the effective hourly rate is as follows:

Requested Trustee compensation - $2,254.18.

Time Expended as Trustee 8.80 @ usual hourly rate as attorney - $375.00 = $3,300.00.

Effective Hourly Rate - $256.16

The Trustee requests the maximum allowable compensation of $2,254.18.

## TRUSTEE COSTS

| | | |
|---|---|---|
| 1) | **Property Insight – tract search** | $ 60.00 |
| 2) | **Recorder of Deeds** | 40.00 |
| | **TOTAL COSTS** | **$100.00** |

## EXHIBIT B

### DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

TOTAL RECEIPTS                                    $_____15,041.80

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                $_____0.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                        $_____17,200.00

## EXHIBIT C

### CASH RECEIPTS AND DISBURSEMENTS

# Form 1

Page: 1

## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 07B-02599 JS | **Trustee:** (520067)   DAVID GROCHOCINSKI, TRUSTEE |
| **Case Name:** COMER, JACQUELINE | **Filed (f) or Converted (c):** 02/14/07 (f) |
| | **§341(a) Meeting Date:** 03/14/07 |
| **Period Ending:** 10/24/08 | **Claims Bar Date:** 12/17/07 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) **Ref. #** | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 7605 BRISTOL COURT, WOODRIDGE, IL | 160,000.00 | 0.00 | | 14,999.99 | FA |
| 2 | FURNITURE & FURNISHINGS | 800.00 | 0.00 | | 0.00 | FA |
| 3 | CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 4 | 2006 G-6 PONTIAC | 12,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2006 TAX REFUND | 900.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 41.81 | Unknown |
| **6** | **Assets**      **Totals** (Excluding unknown values) | **$174,200.00** | **$0.00** | | **$15,041.80** | **$0.00** |

**Major Activities Affecting Case Closing:**

SETTLEMENT WITH DEBTOR; SEVEN PAYMENTS REMAINING ON SETTLEMENT; TAX RETURNS PENDING

**Initial Projected Date Of Final Report (TFR):** December 30, 2008          **Current Projected Date Of Final Report (TFR):** December 30, 2008

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 07B-02599 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | COMER, JACQUELINE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****96-65 - Money Market Account |
| Taxpayer ID #: | 13-7566327 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 10/24/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/07/07 | {1} | JACQUELINE COMER | SETTLEMENT PAYMENT | 1149-000 | 1,000.00 | | 1,000.00 |
| 05/07/07 | {1} | JACQUELINE COMER | SETTLEMENT PAYMENT | 1149-000 | 1,000.00 | | 2,000.00 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.81 | | 2,000.81 |
| 06/22/07 | {1} | TCF BANK | SETTLEMENT PAYMENT | 1149-000 | 1,000.00 | | 3,000.81 |
| 06/22/07 | {1} | JACQUELINE COMER | SETTLEMENT PAYMENT | 1149-000 | 1,000.00 | | 4,000.81 |
| 06/22/07 | {1} | JACQUELINE COMER | SETTLEMENT PAYMENT | 1149-000 | 1,000.00 | | 5,000.81 |
| 06/26/07 | 1001 | KOENIG & STREY | COMMISSION TO BROKER | 3510-000 | | 750.00 | 4,250.81 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.24 | | 4,252.05 |
| 07/20/07 | {1} | JACQUELINE COMER | SETTLEMENT PAYMENT 1 OF 13 | 1149-000 | 769.23 | | 5,021.28 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.77 | | 5,024.05 |
| 08/21/07 | {1} | JACQUELINE COMER | SETTLEMENT PAYMENT | 1149-000 | 770.00 | | 5,794.05 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.89 | | 5,796.94 |
| 09/18/07 | {1} | JACQUELINE COMER | SETTLEMENT PAYMENT | 1149-000 | 769.23 | | 6,566.17 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.01 | | 6,569.18 |
| 10/16/07 | {1} | JACQUELINE COMER | SETTLEMENT PAYMENT 4 OF 13 | 1149-000 | 769.23 | | 7,338.41 |
| 10/23/07 | {1} | JACQUELINE COMER | SETTLEMENT PAYMENT 5 OF 13 | 1149-000 | 769.23 | | 8,107.64 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.14 | | 8,111.78 |
| 11/30/07 | {1} | JACQUELINE COMER | SETTLEMENT PAYMENT/6 OF 13 | 1149-000 | 769.23 | | 8,881.01 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.22 | | 8,885.23 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.48 | | 8,889.71 |
| 01/23/08 | {1} | JACQUELINE COMER | SETTLEMENT PAYMENT/7 OF 13 | 1149-000 | 769.23 | | 9,658.94 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 4.13 | | 9,663.07 |
| 02/11/08 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE | 2300-000 | | 7.76 | 9,655.31 |

| | | | Subtotals : | | $10,413.07 | $757.76 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 07B-02599 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | COMER, JACQUELINE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****96-65 - Money Market Account |
| Taxpayer ID #: | 13-7566327 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 10/24/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #07B-02599, BOND #016026455  - TERM 2/1/08-2/1/09 | | | | |
| 02/20/08 | {1} | JACQUELINE COMER | SETTLEMENT PAYMENT 8 OF 13 | 1149-000 | 769.23 | | 10,424.54 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 2.02 | | 10,426.56 |
| 03/18/08 | {1} | JACQUELINE COMER | SETTLEMENT PAYMENT 9 OF 13 | 1149-000 | 769.23 | | 11,195.79 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 2.00 | | 11,197.79 |
| 04/22/08 | {1} | JACQUELINE COMER | SETTLEMENT PAYMENT 10 OF 13 | 1149-000 | 769.23 | | 11,967.02 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 1.58 | | 11,968.60 |
| 05/19/08 | {1} | JACQUELINE COMER | SETTLEMENT PAYMENT 11 OF 13 | 1149-000 | 769.23 | | 12,737.83 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.58 | | 12,739.41 |
| 06/20/08 | {1} | JACQUELINE COMER | SETTLEMENT PAYMENT | 1149-000 | 769.23 | | 13,508.64 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.64 | | 13,510.28 |
| 07/21/08 | {1} | JACQUELINE COMER | SETTLEMENT PAYMENT | 1149-000 | 768.46 | | 14,278.74 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.74 | | 14,280.48 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.69 | | 14,282.17 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.87 | | 14,284.04 |

| | | Subtotals : | $4,628.73 | $0.00 | |
|---|---|---|---|---|---|

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 07B-02599 JS |
| **Case Name:** | COMER, JACQUELINE |
| **Taxpayer ID #:** | 13-7566327 |
| **Period Ending:** | 10/24/08 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****96-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 15,041.80 | 757.76 | $14,284.04 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,041.80 | 757.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,041.80** | **$757.76** | |

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 07B-02599 JS | |
| **Case Name:** | COMER, JACQUELINE | |
| | | |
| **Taxpayer ID #:** | 13-7566327 | |
| **Period Ending:** | 10/24/08 | |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****96-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 15,041.80 |
| Net Estate : | $15,041.80 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****96-65** | 15,041.80 | 757.76 | 14,284.04 |
| **Checking # ***-*****96-66** | 0.00 | 0.00 | 0.00 |
| | **$15,041.80** | **$757.76** | **$14,284.04** |

{} Asset reference(s)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:
COMER, JACQUELINE

CHAPTER 7 CASE

CASE NO. 07B-02599 JS

JUDGE JOHN SQUIRES

Debtor(s)

### PROPOSED DISTRIBUTION REPORT

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | | |
|---|---|---|
| Secured Claims: | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 6,850.04 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 0.00 |
| Other Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 7,434.00 |
| | | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ | 14,284.04 |

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ 6,850.04 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | 2,254.18 | 2,254.18 |
| ADMIN2 | DAVID GROCHOCINSKI, TRUSTEE | 100.00 | 100.00 |
| ADMIN3 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,382.50 | 1,382.50 |
| ADMIN4 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3,045.00 | 3,045.00 |
| ADMIN5 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 68.36 | 68.36 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|

§507(a)(3) - Wages, salaries or commissions limited to $4,300.00     $     0.00     0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $ 0.00 | | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $ 0.00 | | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| | 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $ 0.00 | | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| | §507(a)(7) - Alimony | $ 0.00 | | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| | §724(b)(6) - Tax Liens: | $ 0.00 | | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | | PROPOSED ALLOWANCE |
|---|---|---|---|---|

|  |  | TOTAL | $ | 0.00 |
| --- | --- | --- | --- | --- |

| **11.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
| --- | --- | --- | --- |
| | §507(a)(8) - Tax claims excluding fines and penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| **12.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
| --- | --- | --- | --- |
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| **13.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
| --- | --- | --- | --- |
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 26,045.78 | 28.54% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001 | DISCOVER BANK/DFS SERVICES LLC | 8,158.92 | 2,328.72 |
| 002 | CITIBANK SD NA | 4,813.86 | 1,373.97 |
| 003 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | 400.35 | 114.27 |
| 004 | CHASE BANK USA | 1,764.27 | 503.56 |
| 005 | AMERICAN EXPRESS CENTURION BANK | 4,477.73 | 1,278.04 |
| 006 | AMERICAN EXPRESS CENTURION BANK | 1,148.14 | 327.70 |
| 007 | CHASE BANK USA NA | 697.53 | 199.09 |
| 008 | LVNV FUNDING LLC ASSIGNEE OF CITIBANK | 1,472.99 | 420.42 |
| 009 | LVNV FUNDING LLC ASSIGNEE OF CITIBANK | 170.56 | 48.68 |
| 010 | LVNV FUNDING LLC ASSIGNEE OF CITIBANK | 399.43 | 114.01 |
| 011 | CAIPTAL RECOVERY oNE | 1,574.68 | 449.45 |
| 012 | CAPITAL RECOVERY ONE | 967.32 | 276.09 |
| | | TOTAL $ | 7,434.00 |

| **14.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
| --- | --- | --- | --- |
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $ 0.00 | | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $ 0.00 | | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| | §726(a)(5) - Interest | $ 0.00 | | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $ 0.00 | | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____

DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | **Previously Allowed** | **Pending Compensation Applications** | **Fees & Expenses Total** |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 3,045.00 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 68.36 | |
| | | | 3,113.36 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 1,382.50 | |
| | | | 1,382.50 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $          0.00 | $      4,495.86 | $      4,495.86 |

1