**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>COMER, JACQUELINE<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-02599 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: DuPage County Courthouse
    505 N. County Farm Road, Courtroom 4016
    Wheaton, Illinois 60187

    on: **January 16, 2009**
    at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                   $          15,041.80

    b. Disbursements                              $             757.76

    c. Net Cash Available for Distribution        $          14,284.04

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE<br>(Trustee Fees) | 0.00 | $2,254.18 | |

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | $100.00 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $1,382.50 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $3,045.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $68.36 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.   Claims of general unsecured creditors totaling $26,045.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 28.54%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | DISCOVER BANK/DFS SERVICES LLC | $ 8,158.92 | $ 2,328.72 |
| 002 | CITIBANK SD NA | $ 4,813.86 | $ 1,373.97 |
| 003 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | $ 400.35 | $ 114.27 |
| 004 | CHASE BANK USA | $ 1,764.27 | $ 503.56 |
| 005 | AMERICAN EXPRESS CENTURION BANK | $ 4,477.73 | $ 1,278.04 |
| 006 | AMERICAN EXPRESS CENTURION BANK | $ 1,148.14 | $ 327.70 |
| 007 | CHASE BANK USA NA | $ 697.53 | $ 199.09 |
| 008 | LVNV FUNDING LLC ASSIGNEE OF CITIBANK | $ 1,472.99 | $ 420.42 |
| 009 | LVNV FUNDING LLC ASSIGNEE OF CITIBANK | $ 170.56 | $ 48.68 |
| 010 | LVNV FUNDING LLC ASSIGNEE OF CITIBANK | $ 399.43 | $ 114.01 |
| 011 | CAIPTAL RECOVERY oNE | $ 1,574.68 | $ 449.45 |

| 012 | CAPITAL RECOVERY ONE | $ | 967.32 | $ | 276.09 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor

Dated: **December 19, 2008**          For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee: DAVID GROCHOCINSKI, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7               Page 1 of 2       Date Rcvd: Dec 19, 2008
Case: 07-02599                Form ID: pdf002           Total Served: 40

The following entities were served by first class mail on Dec 21, 2008.
db         +Jacqueline Donall Comer,    7605 A Bristol Court,    Woodridge, IL 60517-3142
aty        +Barbara R Wilke,    1901 N Roselle Road,    Suite 800,    Schaumburg, IL 60195-3186
aty        +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
             Orland Park, IL 60462-3760
tr         +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
             Orland Park, IL 60462-3760
11178643   +American Express,    POB 297812,    Fort Lauderdale, FL 33329-7812
11178645   +American Express,    Box 0001,    Los Angeles, CA 90096-8000
11665630    American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11638451    American Express Travel Related Services Co, Inc,    c/o Becket and Lee LLP,    POB 3001,
             Malvern PA 19355-0701
11178647   +Capital One,    POB 85015,    Richmond, VA 23285-5015
11178648   +Capital One,    POB 26625,    Richmond, VA 23261-6625
11178649   +Capital One Bank,    POB 85015,    Richmond, VA 23285-5015
11178650   +Capital One FSB,    POB 26625,    Richmond, VA 23261-6625
11178651   +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
11644534    Chase Bank USA,    c/o Weinstein & Riley, P.S.,,    PO Box 3978,    Seattle, WA 98124-3978
11702749   +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
11634708    Citibank (South Dakota). N.A.,    Exception Payment Processing,    PO Box 6305,
             The Lakes, NV 88901-6305
11178652    Citibusiness Platinum Select,    POB 688919,    Des Moines, IA 50368-8919
11178654   +First Equity Card,    POB 84075,    Columbus, GA 31908-4075
11178659   +GMAC,    15303 South 94th Ave.,    Orland Park, IL 60462-3825
11178660   +Kohls/Chase,    N56 W 17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-5660
11178661   +Michael D. Fine for Chase Bank USA,    131 South Dearborn Street,    5th Floor,
             Chicago, IL 60603-5517
11178662   +NCO Financial/Capital One Bank,    507 Prudential Road,    Horsham, PA 19044-2308
11178663   +NTB/CBSD,    POB 6003,    Hagerstown, MD 21747-6003
11178664    Sam's Club,    POB 530970,    Atlanta, GA 30353-0970
11178665   +Sears/CBSD,    POB 6189,    Sioux Falls, SD 57117-6189
11178667   +Sinai Medical Group,    3537 Paysphere Circle,    Chicago, IL 60674-0035
11178671   +WFFNational Bank,    POB 94498,    Las Vegas, NV 89193-4498
11178670   +WFFinance,    1115 N. Salem Dr,    Schaumburg, IL 60194-1332
11178668   +Wells Fargo Bank, NA,    McCalla, Raymer, et al.,,    Bankruptcy Department,
             1544 Old Alabama Road,    Roswell, GA 30076-2102
11178669   +West Suburban Bank,    711 South Westmore Ave,    Lombard, IL 60148-3770

The following entities were served by electronic transmission on Dec 20, 2008.
11178646   +Fax: 708-532-5143 Dec 20 2008 01:35:36     American General Finance,    7030 West 159th St.,
             Orland Park, IL 60462-5202
12589324   +E-mail/PDF: rmscedi@recoverycorp.com Dec 20 2008 01:25:23     Capital Recovery One,
             25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11178653    E-mail/PDF: mrdiscen@discoverfinancial.com Dec 20 2008 01:46:41     Discover Card,    POB 15316,
             Wilmington, DE 19850
11628146    E-mail/PDF: mrdiscen@discoverfinancial.com Dec 20 2008 01:46:41
             Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
11178655   +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2008 01:24:37     GEMB/JCP,    POB 981131,
             El Paso, TX 79998-1131
11178657   +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2008 01:23:52     GEMB/Walmart,    POB 981400,
             El Paso, TX 79998-1400
11786602    E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12589325    E-mail/PDF: rmscedi@recoverycorp.com Dec 20 2008 01:25:42
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
11806683   +E-mail/PDF: rmscedi@recoverycorp.com Dec 20 2008 01:25:39
             Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB BRC,
             25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11806682   +E-mail/PDF: rmscedi@recoverycorp.com Dec 20 2008 01:25:24
             Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
             25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11178644*  +American Express,    POB 297812,    Fort Lauderdale, FL 33329-7812
11178656*  +GEMB/JCP,    POB 981131,    El Paso, TX 79998-1131
11178658*  +GEMB/Walmart,    POB 981400,    El Paso, TX 79998-1400
11178666*  +Sears/CBSD,    POB 6189,    Sioux Falls, SD 57117-6189
                                                                                 TOTALS: 0, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1         User: amcc7              Page 2 of 2              Date Rcvd: Dec 19, 2008
Case: 07-02599               Form ID: pdf002          Total Served: 40

          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2008**           **Signature:** *Joseph Speetjens*